UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREEM NISBETT, Individually and on behalf of all other persons similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>BRANDED APPAREL GROUP LLC, D/B/A SLATE & STONE,<br><br>  Defendant. | ECF CASE<br><br>No.: 1:20-cv-2511 |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS ONLY TO SS IP HOLDINGS, LLC

With Defendant SS IP Holdings, LLC having not filed an Answer or a Summary Judgment Motion, Plaintiff hereby voluntarily dismisses SS IP Holdings, LLC without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and shall bear his own fees and costs. Defendant Branded Apparel Group LLC is not being dismissed.

Dated: April 7, 2020
  New York, New York

s/ Douglas B. Lipsky
Douglas B. Lipsky
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
doug@lipskylowe.com
212.392.4772
*Attorneys for Plaintiff*
