UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREEM NISBETT, Individually and on behalf of all other persons similarly situated, | Case No. 1:20-cv-02511-ALC |
| Plaintiff, | **RULE 7.1 STATEMENT** |
| -against- | |
| BRANDED APPAREL GROUP LLC d/b/a Slate & Stone, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel certifies that defendant Branded Apparel Group LLC (a private non-governmental party) has no publicly held corporate parents, affiliates, or subsidiaries and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
April 29, 2020

By: _____
Paul H. Aloe
David N. Saponara
KUDMAN TRACHTEN ALOE LLP
Empire State Building
350 Fifth Avenue, 68th Floor
New York, New York 10118
Tel: (212) 868-1010

*Attorneys for Defendant*