USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  7/2/2020



Christopher H. Lowe

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.764.7171
Fax:  212.444.1030
chris@lipskylowe.com

www.lipskylowe.com

July 1, 2020

VIA ECF
The Honorable Andrew L. Carter Jr., U.S.D.J.
U.S. District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
New York, New York 10007



Re:    Nisbett v. Branded Apparel Group, 1:20-cv-02511 (ALC)

Dear Judge Carter:

    This firm represents Plaintiff Kareem Nisbett in this website accessibility case under the Americans with Disabilities Act, New York State Human Rights Law and New York City Human Rights Law. We submit this letter pursuant to your Honor's Individual Practices 2D, to respectfully request until Tuesday, July 7, 2020 to respond to Defendant's promotion letter in light of the Holiday Weekend. (Dkt. 15).

    We appreciate the Court's time and attention to this matter.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Christopher H. Lowe
Christopher H. Lowe

SO ORDERED:

/s/ Andrew L. Carter, Jr.

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

July 2, 2020