USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __11/09/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**KAREEM NISBETT,** *individually and on behalf of all other persons similarly situated*,

**Plaintiff,**

-against-

**SS IP HOLDINGS, LLC,** *d/b/a Slate & Stone*, **ET AL.,**

**Defendants.**

**1:20-cv-02511 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendant Branded Apparel Group LLC's notice that it has filed for bankruptcy pursuant to Chapter 11 of the United States Bankruptcy Code on October 29, 2020. ECF No. 26. Defendant states that 11 U.S.C. § 362 requires an automatic stay of the above captioned-matter and all pending motions. Plaintiff is directed to file a statement on or before November 16, 2020 regarding their position on the applicability of the automatic stay under 11 U.S.C. § 362.

**SO ORDERED.**

Dated: November 9, 2020
        New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**