USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/18/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **KAREEM NISBETT,** *individually and on behalf of all other persons similarly situated*, <br><br> **Plaintiff,** <br><br> -against- <br><br> **SS IP HOLDINGS, LLC,** *d/b/a Slate & Stone*, **ET AL.**, <br><br> **Defendants.** | **1:20-cv-02511 (ALC)** <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Defendant Branded Apparel Group LLC's notice that it has filed for bankruptcy pursuant to Chapter 11 of the United States Bankruptcy Code. ECF No. 26. The Court directed Plaintiff to state their position regarding the propriety of staying this action pursuant to 11 U.S.C. § 362. ECF No. 28. Plaintiff does not object to the automatic stay of this proceeding or contend that any of the exceptions to the imposition of an automatic stay provided in 11 U.S.C. § 362(b) apply. ECF No. 29. Accordingly, the Court hereby orders that all proceedings in this action are stayed.

**SO ORDERED.**

Dated: November 18, 2020
       New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**