UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/5/2022

**KAREEM NISBETT,** *individually and on behalf of all other persons similarly situated*,

                  **Plaintiff,**

-against-

**SS IP HOLDINGS, LLC** and **BRANDED APPAREL GROUP LLC,**

                  **Defendants.**

20-cv-2511 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties are ordered to submit a joint status report on the current status of the bankruptcy action by no later than October 19, 2022.

**SO ORDERED.**

Dated:    October 5, 2022
             New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**